# EXHIBIT A

## COLLECTOR'S SALE OF ESTATES FOR TAXES DUE AND UNPAID CITY COLLECTOR'S OFFICE

May 14, 2020

The undersigned, City Collector of the City of Providence, hereby gives notice that he will sell at public auction to the highest bidder on CIVICSOURCE.COM/calendar Thursday the 14th day of May, A.D. 2020 from 10:00 A.M. to 12:30 P.M. EDT. The following described parcels of real estate (for the levy upon which, notice is hereby given) or so much thereof as may be necessary to pay the taxes which constitute a lien thereon, assessed December 31, 2018, and/or prior years, together with the costs and charges incident to this sale. In some instances the properties will be sold for delinquent Downtown Improvement District and/or for outstanding Environmental Lien or Demolition Lien charges.

Each of the following described parcels will be sold for the payment of the taxes assessed December 31, 2018, and/or as to certain of said parcels for the taxes assessed in prior years (or for delinquent Downtown Improvement District, and/or Environmental Lien and/or Demolition Lien charges). Information as to the nature of the said taxes and assessments due on the several parcels may be obtained from CIVICSOURCE.COM or the undersigned and will be listed online at the sale.

"P/L" "PLAT/LOT" "TAXED/TO" "TAXOWNR" "LOCATION" "PROP_LOC"

Plat\Lot 002/0274/0002Taxed to Providence Community Health Centers Location 1 Randall Sq

Plat\Lot 002/0274/0003 Taxed To Providence Community Health Centers Location 1 Randall Sq

Plat\Lot 002/0274/0004 Taxed To PROVIDENCE COMMUNITY HEALTH CENTERS Location 1 Randall Sq

Plat\Lot 002/0274/0024 Taxed To SSAM REALTY CO. LLC Location 1 Randall Sq.

Plat\Lot 002/0274/030N Taxed To PROVIDENCE COMMUNITY HEALTH CENTERS Location 1 Randall Sq

Plat\Lot 002/0556/0000 Taxed To 296 Charles Street Properties Location 286 Charles St

Plat\Lot 003/0616/0000 Taxed To Exp Properties LLC Location 1 Charles St

Plat\Lot 005/0069/0000 Taxed To MICHAEL J GREENE Location 43 ABBOTT ST

Plat\Lot 005/0078/0000 Taxed To SUSAN L GABLINSKE Location 57 Knowles St.

Plat\Lot 005/0187/0000 Taxed To SANDRA M HIE Location 46 ROYAL ST

Plat\Lot 005/0205/0000 Taxed To Ivory T JEFFERIES Location 46 Grand View St

Plat\Lot 005/0303/0000 Taxed To GERALD P CARVALHO Location 29 Royal St

Plat\Lot 005/0327/0000 Taxed To AIRWAY LEASING LLC Location 20 WOODBINE ST

Plat\Lot 005/0376/0000 Taxed To LRA Group LLC Location 32 Tecumseh St

Plat\Lot 005/0443/0000 Taxed To Jonnie M MARSHALL Location 114 Cypress St

Plat\Lot 006/0043/0000 Taxed To BETTY L ARSENIAN ADAMS Location 533 HOPE STREET

Plat\Lot 006/0052/0000 Taxed To MERLENE A SAMUELS Location 511 Hope St

Plat\Lot 006/0171/0000 Taxed To HERLIHY, W SCOTT Location 41 Lamb St

GANO ST

Plat\Lot 017/0518/0000 Taxed To FILOMENA ALMEIDA FOR LIFE Location 639 WICKENDEN ST

Plat\Lot 017/0607/0000 Taxed To KCLS GROUP LLC Location 48 FURNACE ST

Plat\Lot 017/0627/0003 Taxed To REMS LLC & DEBRA A LUDWIG Location 10 EAST ST UNIT 3

Plat\Lot 017/0627/00BT Taxed To SUNSET REALTY Location 10 EAST ST

Plat\Lot 018/0008/016B Taxed To BRUCE W BISBANO Location 119 WICKENDEN ST

Plat\Lot 018/0008/0521 Taxed To BRUCE W BISBANO Location 521 SOUTH MAIN ST

Plat\Lot 019/0102/000A Taxed To ALLOGENIC HOLDINGS LLC Location 18 FINANCE WAY

Plat\Lot 019/0102/000F Taxed To ALLOGENIC HOLDINGS Location 400 EXCHANGE STREET

Plat\Lot 019/0102/1604 Taxed To ANDREA B VALENTINI Location 100 EXCHANGE ST

Plat\Lot 020/0018/0000 Taxed To ROBERT DAY LLC Location 10 DORRANCE ST

Plat\Lot 020/0091/0000 Taxed To RISD HOLDINGS INC Location 24 PINE ST

Plat\Lot 020/0107/0007 Taxed To SPRING HODINGS LLC Location 50 Pine St

Plat\Lot 020/0193/002B Taxed To PCAMC VENTURES LLC Location 128 DORRANCE ST

Plat\Lot 020/0261/0008 Taxed To SPENCER REAL ESTAE HODINGS LLC Location 123 DORRANCE ST

Plat\Lot 021/0099/000M Taxed To JEWELRY DISTRICT PARTNERS LLC Location 150 CHESTNUT ST

Plat\Lot 021/0412/0405 Taxed To MICHAEL BROSNAN Location 14 Imperial Pl.

Plat\Lot 023/0039/0000 Taxed To LSJ PROPERTIES LLC Location 41 Somerset St.

Plat\Lot 023/0106/0000 Taxed To MARCUS SIEH Location 418 PINE ST

Plat\Lot 023/0294/0000 Taxed To KENNETH CABRAL Location 293 Point St.

Plat\Lot 023/0881/0000 Taxed To JAMES M VOTTA Location 343 Friendship St

Plat\Lot 023/0908/0000 Taxed To CHRISTOPHER O AWOSIKA Location 252 DUDLEY STREET

Plat\Lot 023/0975/0C8A Taxed To JOSE A MENDEZ Location 496 BROAD ST BLDG C8A

Plat\Lot 024/0232/0000 Taxed To Fort Realty LLC Location 293 Friendship St

Plat\Lot 024/0233/0000 Taxed To Fort Realty LLC Location 289 Friendship St

Plat\Lot 024/0674/0000 Taxed To CEDAR ROCK INC Location 355 PINE STREET

Plat\Lot 025/0339/0000 Taxed To CHO REALTY INVESTMENTS LLC Location 126 WASHINGTON ST

Plat\Lot 025/0464/0000 Taxed To RAJIPO LLC Location 39-41 LYMAN ST

Plat\Lot 026/0297/0000 Taxed To Carrah J CASTELLANOS Location 13 BOND ST

Plat\Lot 026/0359/0000 Taxed To BENJAMIN S THORP Location 1 SOLAR ST

Plat\Lot 028/0010/0000 Taxed To DAVID A RICCI Location 15 RINGGOLD ST

Plat\Lot 028/0246/0000 Taxed To FEDERAL REALTY LLC Location 85 America St

Plat\Lot 028/0247/0000 Taxed To FEDERAL REALTY LLC Location 271 Broadway

Plat\Lot 028/0255/0000 Taxed To ARTA ON BROADWAY LLC Location 227 BROADWAY ST

cation 17 CONSTITUTION ST

Plat\Lot 030/0261/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 59 ELMWOOD AVE

Plat\Lot 030/0273/0000 Taxed To LIMBANIA REYES Location 24 WILSON ST

Plat\Lot 031/0026/0000 Taxed To JEAN OCELIN CIVIL Location 218 Hanover St

Plat\Lot 031/0115/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 2 WARE CT

Plat\Lot 031/0116/0000 Taxed To LUIZ F DACOSTA Location 11 BALDWIN CT

Plat\Lot 031/0208/0000 Taxed To DANIEL WALTON ESTATE OF Location 49 DIAMOND ST

Plat\Lot 031/0241/0000 Taxed To ABUBAKAR MOHAMED Location 20 Hollis St

Plat\Lot 031/0360/0000 Taxed To NEAL K DEGALA Location 98 WAVERLY ST

Plat\Lot 031/0407/0000 Taxed To EAZYNESS LLC Location 582 Cranston St

Plat\Lot 031/0461/0000 Taxed To JOSE RODOLFO MEJICANOS Location 75 WARREN ST

Plat\Lot 031/0466/0000 Taxed To LEONARDO MATOS Location 68 FORD ST

Plat\Lot 032/0071/0000 Taxed To EDGARD DEROGENE Location 68 Marshall St

Plat\Lot 032/0156/0000 Taxed To ROGER W MANDARELLI Location 486 BROADWAY ST

Plat\Lot 033/0190/0000 Taxed To MONTEIRO PROPERTIES LLC Location 149 ALMY ST

Plat\Lot 033/0380/0000 Taxed To KATHLEEN BLEVINS Location 42 Tuxedo Ave

Plat\Lot 033/0397/0000 Taxed To R W PROPERTIES LLC Location 165 RIDGE ST

Plat\Lot 033/0416/0000 Taxed To TWENTY ELEVEN LLC Location 81 RIDGE ST

Plat\Lot 033/0562/0000 Taxed To CASSANDRA D HENEAULT Location 39 DESOTO STREET

Plat\Lot 033/0590/0000 Taxed To Anthony J MALDONADO Location 30 Helme St

Plat\Lot 033/0597/0000 Taxed To OCEAN STATE LAND COMPANY LLC Location 289 GROVE STREET

Plat\Lot 033/0672/008B Taxed To Rivera Investment Construction LLC Location 84 Tell St

Plat\Lot 033/0706/0000 Taxed To NEW ENGLAND EXPEDITION-PROVIDENCE Location 12 TUXEDO AVE

Plat\Lot 033/0710/0000 Taxed To PERRI DOG LLC Location 143 RIDGE ST

Plat\Lot 033/0715/0000 Taxed To LUKAS SHEURER Location 127 TELL STREET

Plat\Lot 034/0070/0000 Taxed To JOSHUA BRIGGS Location 1612 CHALKSTONE AVE

Plat\Lot 034/0197/0000 Taxed To JOYCE BECKETT Location 938 MANTON AVE

Plat\Lot 034/0201/0000 Taxed To BOWDOIN REALTY INC Location 956 MANTON AVE

Plat\Lot 034/0324/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 736 MANTON AVE

Plat\Lot 035/0034/0000 Taxed To TOMO S PEAH Location 80 TOBEY STREET

Plat\Lot 035/0184/0000 Taxed To OSWALDO S CHAMORRO Location 31 WILLOW STREET

Plat\Lot 035/0294/0000 Taxed To TERINO PROPERTIES LLC Location 31 DELAINE ST

# LEGALS

wood Ave
Plat\Lot 042/0329/0000 Taxed To CESAR D'CAINES Location 71 ANTHONY AVE
Plat\Lot 042/0445/0000 Taxed To CLIFFORD DOLAN Location 200 Wadsworth St
Plat\Lot 042/0446/0000 Taxed To Marie Carmel Brunache Location 134 Sorrento St
Plat\Lot 043/0152/0000 Taxed To JAMIE RUA Location 31 GRAND ST
Plat\Lot 043/0166/0000 Taxed To 620 Huntington Associates LLC Location 620 Huntington Ave
Plat\Lot 043/0171/0000 Taxed To LARRY KING Location 38 SEABURY ST
Plat\Lot 043/0255/0000 Taxed To David A. Leforte Location 496 Huntington Ave
Plat\Lot 043/0289/0000 Taxed To BASILIO GONZALEZ Location 568 HUNTINGTON AVE
Plat\Lot 043/0292/0000 Taxed To Joel DELGARDO LLC Location 41 Calhoun Ave
Plat\Lot 043/0343/0000 Taxed To Lawrence Downes Location 25 Calhoun Ave
Plat\Lot 043/0474/0000 Taxed To Aqarab Abbas Location 109 Burnett St
Plat\Lot 043/0558/0000 Taxed To KIM LENG HONG Location 126 MAWNEY ST
Plat\Lot 043/0576/0000 Taxed To EDWARD FRANCO Location 768 Cranston St
Plat\Lot 043/0850/0000 Taxed To Vinas Construction Location 205 Linwood Ave
Plat\Lot 043/0958/0000 Taxed To UNITED STATES INVESTMENT & DEVELOP Location 708 HUNTINGTON AVE
Plat\Lot 043/0971/0000 Taxed To SHAWN TRAN Location 34 CALHOUN AVE
Plat\Lot 043/0983/0000 Taxed To ARRIGO MONTEIRO Location 72 WADSWORTH ST
Plat\Lot 043/0984/0000 Taxed To RICHARD DELGIUDICE Location 66 WADSWORTH ST
Plat\Lot 044/0021/0000 Taxed To THANIA LEYBA Location 593 PUBLIC ST
Plat\Lot 044/0022/0000 Taxed To SALVATORE DILEONARDO Location 589 Public St
Plat\Lot 044/0040/0000 Taxed To BRIAN LEWIS Location 94 DABOLL ST
Plat\Lot 044/0074/0000 Taxed To PNC BANK NA Location 25 DABOLL ST
Plat\Lot 044/0090/0000 Taxed To ULYSSES MCALPINE Location 38 MOORE ST
Plat\Lot 044/0138/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 80 PLENTY ST
Plat\Lot 044/0184/0000 Taxed To GRANT E MCCLELLAN Location 71 PRINCETON AVE
Plat\Lot 044/0185/0000 Taxed To DAVID L BUDA Location 67 Princeton Ave
Plat\Lot 044/0215/000A Taxed To Mark O'Day Location 52 Whitmarsh St Unit A
Plat\Lot 044/0228/0000 Taxed To OLAYEYE AKINJOBI Location 98 Whitmarsh St
Plat\Lot 044/0293/0000 Taxed To SUPERIOR TRANSPORT LLC Location 102 WESLEYAN AVE
Plat\Lot 044/0298/0000 Taxed To THERESA D HOFF Location 84 Wesleyan AVE
Plat\Lot 044/0308/0000 Taxed To NUNEZ INVESTMENTS LLC Location 103 WESLEYAN AVE
Plat\Lot 044/0312/0000 Taxed To FABIO H JOSE Location 119 WESLEYAN AVE
Plat\Lot 044/0338/0000 Taxed To DARTELM LLC Location 40 DARTMOUTH AVE
Plat\Lot 044/0390/0000 Taxed To MONTEIRO PROPER-

cation 406 Cahill St
Plat\Lot 047/0228/0000 Taxed To JOHN M VOCCOLA JR Location 299 Allens Ave
Plat\Lot 047/0826/0000 Taxed To FIRST EDDY ASSOCIATES LLC Location 927 EDDY ST
Plat\Lot 048/0119/0000 Taxed To FREEDOM REALTY INC Location 22 Louisa St
Plat\Lot 048/0208/0000 Taxed To Travis Wiggins Location 311 Swan St
Plat\Lot 048/0289/0000 Taxed To . Griselda FRANCISCO Location 90 Potters Ave
Plat\Lot 048/0312/0000 Taxed To I Know A Guy LLC Location 15 Salisbury St
Plat\Lot 048/0486/0000 Taxed To 314 WARREN STREET LLC Location 97 BURSIDE ST
Plat\Lot 048/0498/0000 Taxed To AAA PROPERTIES LLC Location 142 Potters Ave
Plat\Lot 048/0521/0000 Taxed To ENRIQUE RODULFO Location 104 Minor St
Plat\Lot 048/0524/0000 Taxed To KEVIN F WOODS Location 34 Mystic St
Plat\Lot 048/0587/0000 Taxed To PACIFIC DRYWALL LLC Location 10 Mystic St
Plat\Lot 048/0597/0000 Taxed To Yordy Rafeal LECLERC Location 77 Harriet St
Plat\Lot 048/0636/0000 Taxed To CHARLIE CHAN INVESTMENTS LLC Location 448 PRAIRE AVE
Plat\Lot 048/0667/0000 Taxed To NEW BEGINNINGS LLC C/O JOHANNY URBAEZ Location 411 PRAIRE AVE
Plat\Lot 048/0673/0000 Taxed To JOSE J DIAZ Location 387 PRAIRIE AVE
Plat\Lot 048/0763/0000 Taxed To CALPURNIA STEELE Location 82 BAXTER ST
Plat\Lot 048/0833/0000 Taxed To JANELLE ST JOHN Location 10 LILLIAN AVE
Plat\Lot 048/0870/0000 Taxed To JANET L RIVARD Location 10 QUINCE ST
Plat\Lot 048/0884/0000 Taxed To JANET L RIVARD Location 14 Quince St
Plat\Lot 048/0917/0000 Taxed To 726 BROAD STREET LLC C/O OMODO LAPAY Location 726 BROAD STREET
Plat\Lot 048/0930/0000 Taxed To MITCHELL D CHECK JR Location 342 Public St
Plat\Lot 048/0967/0000 Taxed To GORDON AVENUE PROPERTIES LLC Location 112 GORDON AVE
Plat\Lot 048/1144/0000 Taxed To RHUDY HERNANDEZ C/O NELSON ROBLES Location 402 PUBLIC ST
Plat\Lot 048/1147/0000 Taxed To MARIO LEONARDO Location 144 Potters Ave
Plat\Lot 048/1174/0000 Taxed To PROVIDENCE COMMUNITY HEALTH CENTERS Location 321 PRAIRE AVE
Plat\Lot 049/0070/0000 Taxed To AFI PROPERTIES LLC Location 101 STANWOOD ST
Plat\Lot 049/0077/0000 Taxed To NOMBINWE LLC Location 664 PUBLIC ST
Plat\Lot 049/0086/0000 Taxed To ISAURA PIMENTEL Location 702 Public St
Plat\Lot 049/0100/0000 Taxed To LAMB LOCKED REALTY LLC Location 56 GREENWICH ST
Plat\Lot 049/0218/0000 Taxed To JOSE PORTUHONDO Location 100 LAURA ST
Plat\Lot 049/0219/0000 Taxed To 75 HAMILTON STREET LLC Location 75 HAMILTON ST
Plat\Lot 049/0258/0000 Taxed To Martina R Liberato Location 355 Potters Ave
Plat\Lot 049/0295/0000 Taxed To 75 Hamilton Street LLC Location 85 Hamilton St

To J LEON INVESTMENT LLC Location 130 SUMTER STREET
Plat\Lot 052/0506/0000 Taxed To JEREMY OGUNBA Location 255 GALLATIN ST
Plat\Lot 052/0573/0000 Taxed To GENERAL COMMERCIAL MORTAGE CO Location 238-234 LENOX AVE
Plat\Lot 053/0097/0000 Taxed To CARLOS S QUEZADA Location 142 GALLOP ST
Plat\Lot 053/0101/0000 Taxed To B & B Properties Inc. Location 515 Prairie Ave
Plat\Lot 053/0102/0000 Taxed To Luis Castillo Location 523 Prairie Ave
Plat\Lot 053/0112/0000 Taxed To ANKIE G MORRIS Location 23 Sassafras St
Plat\Lot 053/0170/0000 Taxed To JOSE CRUZ SR Location 22 PENNSYLVANIA AVE
Plat\Lot 053/0196/0000 Taxed To ISAIAS L TERRERO Location 1137 BROAD ST
Plat\Lot 053/0231/0000 Taxed To RICHARD N AYBAR JR Location 75 Detroit Ave
Plat\Lot 053/0255/0000 Taxed To FREEDOM DEVELOPMENT LLC Location 84 CORINTH ST
Plat\Lot 053/0276/0000 Taxed To CORINTH ASSOCIATES Location 57 CORINTH ST
Plat\Lot 053/0288/0000 Taxed To DON REALTY LLC Location 82 SASSAFRAS ST
Plat\Lot 053/0343/0000 Taxed To Joshua J Brown Location 51 Corinth St
Plat\Lot 053/0354/0000 Taxed To YOHAIRA BETANCES Location 226 EARLY ST
Plat\Lot 053/0365/0000 Taxed To KAIMANES HOME IMPROVEMENT LLC Location 185 EARLY ST
Plat\Lot 053/0398/0000 Taxed To EVELYN PEREZ Location 897 BROAD ST
Plat\Lot 053/0450/0000 Taxed To GOOD FORTUNE REALTY OF RI LLC Location 35 ATLANTIC AVE
Plat\Lot 053/0489/0000 Taxed To AMY ESPINAL Location 10 PRICE ST
Plat\Lot 053/0564/0000 Taxed To Ezzy REAL ESTATE LLC Location 54 Sumter St
Plat\Lot 053/0637/0000 Taxed To RAY O HARRIS Location 278 NIAGARA ST
Plat\Lot 053/0716/0000 Taxed To NELSON ROBLES Location 1065 BROAD ST
Plat\Lot 053/0724/0000 Taxed To GERARD C CATALA Location 27 RODMAN ST
Plat\Lot 054/0016/0000 Taxed To JHB LLC Location 178 BURNSIDE ST
Plat\Lot 054/0059/0000 Taxed To JOSEPHINE ANDERSON Location 37 Gallup St
Plat\Lot 054/0235/0000 Taxed To NOBER CONSTRUCTION CO LLC Location 15 COLFAX ST
Plat\Lot 057/0254/0000 Taxed To PHONTHEP VONGKAYSONE Location 149 PORTER ST
Plat\Lot 057/0346/0000 Taxed To 3 GUYS LLC Location 152 PAVILION AVE
Plat\Lot 058/0259/0000 Taxed To JOHN MITCHELL III Location 12 JILLSON ST
Plat\Lot 058/0281/0000 Taxed To CHIRY'S ASSETS LP Location 303 Bailey Blvd
Plat\Lot 059/0017/0000 Taxed To RAFMED Holdings LLC Location 1343 Broad St
Plat\Lot 059/0027/0000 Taxed To MERCEDES LOPEZ Location 1391 BROAD ST
Plat\Lot 059/0029/0000 Taxed To MERCEDES LOPEZ Location 1403 Broad St
Plat\Lot 059/0037/0000 Taxed To ALOISIO GROUP LLC Location 1445 Broad St
Plat\Lot 059/0080/0000 Taxed To LRV PROPERTIES LLC Location 25 Farragut
Plat\Lot 059/0096/0000 Taxed

TORRES Location 716 Atwells Ave
Plat\Lot 062/0290/0000 Taxed To GREGORY JUSELL Location 99 BOWDOIN ST
Plat\Lot 062/0342/0000 Taxed To SHAWN TRAN Location 20 AUDREY ST
Plat\Lot 062/0472/0000 Taxed To RIVER COURT PROPERTIES LLC Location 20 SONOMA CT
Plat\Lot 062/0484/0000 Taxed To ZIAD KHALIL Location 270 VALLEY ST
Plat\Lot 062/0488/0000 Taxed To SONOMA PROPERTIES OF RI LLC Location 40 SONOMA CT
Plat\Lot 062/0497/0000 Taxed To JAR REALTY INC Location 10 JULIAN ST
Plat\Lot 062/0518/0000 Taxed To JAR REALTY INC Location 155 MANTON AVE
Plat\Lot 062/0550/0000 Taxed To J A R REALTY INC Location 161 MANTON AVE
Plat\Lot 063/0009/0000 Taxed To J LEON INVESTMENT LLC Location 30 ERASTUS STREET
Plat\Lot 063/0019/0000 Taxed To NELLY MAZUELOS Location 49 ERASTUS STREET
Plat\Lot 063/0045/0000 Taxed To GUSTAVO PEREZ Location 986 Atwells AVE
Plat\Lot 063/0111/0000 Taxed To SA INVESTMENTS Inc. Location 17 Hannah ST
Plat\Lot 063/0197/0000 Taxed To THOMAS OMONKHEGBE Location 876 ATWELLS AVE
Plat\Lot 063/0277/0000 Taxed To MICHAEL LOFFREDO Location 33 POPE ST
Plat\Lot 063/0283/0000 Taxed To MICHAEL LOFFREDO Location 38 POPE ST
Plat\Lot 063/0433/0000 Taxed To Fior Pena Location 235 Manton Ave
Plat\Lot 063/0460/0000 Taxed To BOWDOIN REALTY INC Location 12 FLORENCE ST
Plat\Lot 063/0461/0000 Taxed To BOWDOIN REALTY INC Location 14 FLORENCE ST
Plat\Lot 063/0499/0000 Taxed To 306 8 MANA LLC Location 308 Manton Ave
Plat\Lot 063/0584/0351 Taxed To NELSON ROBLES Location 349 Manton Ave UNIT 351
Plat\Lot 064/0455/0000 Taxed To JOSEPH DELUCA Location 7 Armington Ave
Plat\Lot 064/0480/0000 Taxed To B & G INVESTMENTS LLC Location 56 ARMINGTON AVE
Plat\Lot 064/0494/0000 Taxed To JADRANKA PERL Location 54 BEAUFORT ST
Plat\Lot 064/0569/0000 Taxed To RICHARD D DELGIUDICE Location 49 BEAUFORT ST
Plat\Lot 064/0575/0000 Taxed To Timothy J MONGEON Location 19 Roanoke ST
Plat\Lot 064/0641/0000 Taxed To CAROLYN DEVITO FOR LIFE Location 49 BELMONT AVE
Plat\Lot 064/0660/0000 Taxed To JOSEPH GIAMPIETRO Location 25 Beaufort ST
Plat\Lot 064/0676/0000 Taxed To 22 SEARS LLC Location 22 SEARS ST
Plat\Lot 064/0777/0000 Taxed To ABRAHAM MONTUFAR Location 202 CARLETON ST
Plat\Lot 064/0790/0000 Taxed To LESLIE DELUCA Location 189 CARLETON ST
Plat\Lot 064/0793/0000 Taxed To ABRAHAM MONTUFAR Location 201 CARLETON ST
Plat\Lot 064/0800/0000 Taxed To DUANGPANYA LLC Location 229 CARLETON ST
Plat\Lot 064/0852/0000 Taxed To MERCADO INVESTMENTS LLC Location 21

Taxed To TODD D QUARLES Location 589 ATTWELLS AVE UNIT C330
Plat\Lot 066/0155/0000 Taxed To TAYLOR INVESTMENTS LLC Location 27 ROBIN ST
Plat\Lot 066/0180/0000 Taxed To KHAMPHAY VONGPHAYBOUN Location 38 Zone St
Plat\Lot 066/0241/0000 Taxed To 54 Zone St LLC Location 54 Zone St
Plat\Lot 066/0254/0000 Taxed To ELETICIA GARCIA Location 43 FELIX ST
Plat\Lot 066/0335/0000 Taxed To LRA Group LLC Location 93 Raymond St
Plat\Lot 066/0363/0000 Taxed To LAURA E TRINIDAD Location 5 REGENT AVE
Plat\Lot 066/0371/0000 Taxed To Antonio Vaz Location 22 Lisbon St
Plat\Lot 067/0009/0000 Taxed To JOSE REYES Location 31 VIOLET ST
Plat\Lot 067/0061/0000 Taxed To Vitaly Shchyupakov Location 13 Esten St
Plat\Lot 067/0153/0000 Taxed To CALVERLY REALTY LLC Location 114 CALVERLY ST
Plat\Lot 067/0192/0000 Taxed To JOHN F LUSI Location 29 OKIE ST
Plat\Lot 067/0299/0000 Taxed To GREATREX CORPORATION Location 271 JEWETT ST
Plat\Lot 067/0438/0000 Taxed To JOHN F LUSI Location 378 ORMS ST
Plat\Lot 067/0471/0000 Taxed To BEVERLY GOBIN Location 186 Jewett St
Plat\Lot 067/0563/0008 Taxed To SUMEET SINGH Location 2 ESTEN ST UNIT 8
Plat\Lot 068/0327/0000 Taxed To 67 LYDIA STREET LLC Location 67 LYDIA ST
Plat\Lot 068/0459/0000 Taxed To RIVERA INVESMEN CONSTRUCTION LLC Location 274 ORMS ST
Plat\Lot 068/0575/0000 Taxed To DC GENERAL CONTRACTORS LLC Location 10 GODDARD ST
Plat\Lot 068/0604/0000 Taxed To Rohan LLC Location 231 Orms St
Plat\Lot 068/0666/0000 Taxed To ABEL J LACERDA Location 224 ORMS ST
Plat\Lot 068/0669/0000 Taxed To JHB LLC Location 184 Holden St
Plat\Lot 068/0757/0000 Taxed To IMPERIAL RESTORATION CONSTRUCTION C Location 238 ORMS ST
Plat\Lot 068/0845/0000 Taxed To CONSTANT S POHOLEK JR Location 187 DOUGLAS AVE
Plat\Lot 069/0081/0000 Taxed To SAMANTHA M MANFREDI Location 17 SWEETBRIER ST
Plat\Lot 069/0108/0000 Taxed To KERAL REALTY TRUST Location 138 CHAD BROWN ST
Plat\Lot 069/0112/0000 Taxed To JOSEPH DO Location 149 CHAD BROWN ST
Plat\Lot 069/0263/0000 Taxed To Ramon Roberto Duran Location 15 Camden Ave
Plat\Lot 069/0264/0000 Taxed To Ramon Roberto Duran Location 17 Camden Ave
Plat\Lot 069/0281/0000 Taxed To Larry D King Location 73 Camden Ave
Plat\Lot 069/0377/0000 Taxed To LEO J WEEKS Location 507R Chalkstone AVE
Plat\Lot 069/0380/0000 Taxed To 62 NOLAN LLC Location 62 NOLAN ST
Plat\Lot 069/0407/0000 Taxed To 486 Smith Street LLC Location 486 Smith St
Plat\Lot 069/0518/0000 Taxed To L&D MANAGEMENT

To GLENHAM LLC Location 8 ASCHAM ST
Plat\Lot 072/0029/0000 Taxed To GRPMM LLC Location 3 HALL ST
Plat\Lot 072/0304/0000 Taxed To DGM PROPERTIES LLC Location 139 METCALF ST
Plat\Lot 072/0343/0000 Taxed To EDWARD D TURNQIST Location 122 METCALF ST
Plat\Lot 072/0465/0000 Taxed To VAN H WOODS Location 47 LUNA ST
Plat\Lot 072/0534/0006 Taxed To THOMAS JALBERT Location 67 NORTHUP AVE
Plat\Lot 073/0357/0003 Taxed To Hugo R Costa Location 119 Fourth St Unit 3
Plat\Lot 073/0388/0000 Taxed To AVIS S POSER Location 75 EDGEHILL RD
Plat\Lot 073/0425/0000 Taxed To Vincent Tiemo Location 76 Rochambeau Ave
Plat\Lot 073/0446/0000 Taxed To PARRIS WISE Location 260 CAMP ST
Plat\Lot 073/0455/0000 Taxed To THOMAS DILLON Location 162 COLONIAL RD
Plat\Lot 073/0456/0000 Taxed To THOMAS DILLON Location 154 COLONIAL RD
Plat\Lot 074/0021/0000 Taxed To FRANK N DIMAIO JR Location 117 SILVER SPRING ST
Plat\Lot 075/0278/031C Taxed To Nancy L Boyd/Montgomery Location 29 Concord St
Plat\Lot 076/0135/0000 Taxed To RAYMOND C HARRINGTON III Location 181 BERKSHIRE ST
Plat\Lot 076/0243/0000 Taxed To VICTOR J SONGEN Location 76 YORKSHIRE ST
Plat\Lot 076/0353/0000 Taxed To Samuel Nunez Location 45 Sussex St
Plat\Lot 076/0408/0000 Taxed To MODUPE BABALOLA-AINA Location 151 DONELSON ST
Plat\Lot 076/0509/0000 Taxed To CR 2018 LLC Location 261 ADMIRAL ST
Plat\Lot 077/0017/0000 Taxed To LEWIN VICIOSO Location 131 LEDGE ST
Plat\Lot 077/0024/0000 Taxed To 93 Ledge LLC Location 93 Ledge St
Plat\Lot 077/0059/0000 Taxed To 16 JOB STREET LLC Location 16 JOB ST
Plat\Lot 077/0806/0000 Taxed To LIN AND PHIL ASSOCIATES LLC Location 414 SILVER SPRING ST
Plat\Lot 079/0164/0000 Taxed To NEF LLC Location 224 SUNBURY ST
Plat\Lot 079/0166/0000 Taxed To CARL H KING Location 232 SUNBURY ST
Plat\Lot 079/0260/0000 Taxed To JOLANTA OLEJNIK-NAVE Location 61 SEAMANS ST
Plat\Lot 079/0603/0000 Taxed To LILLIAN IANNONE Location 30 BURNS ST
Plat\Lot 079/0630/0000 Taxed To JEFFREY CASTLE Location 44 LUBEC ST
Plat\Lot 079/0683/0C19 Taxed To SALVADOR ERNESTO FERNANDES KURY Location 200 SUNBURY ST
Plat\Lot 079/0708/0000 Taxed To NSJ LLC Location 73 Phebe St
Plat\Lot 080/0482/0000 Taxed To SA Investments INC Location 51 Klondike St
Plat\Lot 080/0657/0000 Taxed To DOMENIC F FUSCO TRUSTEE Location 27 FRUIT HILL AVE
Plat\Lot 080/0855/0000 Taxed To PAUL E PLANTE Location 144 Fruit Hill AVE
Plat\Lot 080/0866/0109 Taxed To STEVEN LAWTON Location 31 DEVEREUX AVE UNIT 207
Plat\Lot 082/0010/0000 Taxed To RAMON B GRULLON

To HERLIHY, W SCOTT Location 41 Larch St
Plat\Lot 006/0335/0000 Taxed To RENEE ENGLISH Location 715 HOPE ST
Plat\Lot 006/0515/0000 Taxed To Billy Taylor House Location 185 Camp St
Plat\Lot 007/0026/0000 Taxed To JULIA GRAIG GALDWIN TRUSTEE Location 25 FOSDYKE STREET
Plat\Lot 007/0213/0000 Taxed To ROBERTA BLUM Location 72 Fosdyke St
Plat\Lot 007/0235/0000 Taxed To John F. Carney Location 383 Rochambeau Ave
Plat\Lot 008/0019/0000 Taxed To HELGA PAIGE Location 33 JENKINS ST
Plat\Lot 008/0229/001R Taxed To KATHY JANE KING Location 70 CAMP STREET, BLDG 1R
Plat\Lot 008/0454/0000 Taxed To ALFREDA E CAMPBELL Location 51 PLEASANT STREET
Plat\Lot 009/0138/1703 Taxed To HUGH PATTERSON Location 170 Prospect St
Plat\Lot 010/0724/0000 Taxed To 13 PROPERTIES LLC Location 13 Cushing St.
Plat\Lot 010/0725/0000 Taxed To 13 PROPERTIES LLC Location 11 Cushing St.
Plat\Lot 012/0421/0004 Taxed To HAMZAH ANSARI Location 19 George St Unit 4
Plat\Lot 013/0125/0000 Taxed To ROBERT BERLE Location 195 George St.
Plat\Lot 014/0082/0004 Taxed To SCOTT PINHEIRO Location 76 PITMAN
Plat\Lot 014/0232/0001 Taxed To BEVERLY P BARKSDALE Location 241 IVES ST
Plat\Lot 014/0589/101S Taxed To URSULA F LOVE TRUSTEE Location 1 WAYLAND AVE UNIT 101S
Plat\Lot 015/0360/T204 Taxed To Carolyn B CUMMING Location 111 S Angell St
Plat\Lot 015/0369/0000 Taxed To SOUTH ANGELL EVLOPMENT LLC Location 81 SOUTH ANGELL ST
Plat\Lot 017/0375/0000 Taxed To SHIV GANO LLC ATTN: PROTHA PATEL Location 112 GANO ST
Plat\Lot 017/0513/0000 Taxed To RESERVOIR ADVENTURES LLC Location 60

LLC Location 227 BROADWAY ST
Plat\Lot 028/0503/0000 Taxed To ARTA ON BROADWAY LLC Location 225 BROADWAY ST
Plat\Lot 028/0651/0000 Taxed To DEAN STREET REALTY LLC Location 225 DEAN ST
Plat\Lot 028/0763/0000 Taxed To FEDERAL REALTY LLC Location 9 GROVE ST
Plat\Lot 028/0788/0000 Taxed To ATLANTIC LLC Location 97 De Pasquale Ave
Plat\Lot 028/0793/0000 Taxed To ALEBIA INC Location 284 ATWELLS AVE
Plat\Lot 028/0833/0000 Taxed To FEDERAL REALTY LLC Location 25 GROVE ST
Plat\Lot 028/0843/0000 Taxed To LUIS VICIOSIO Location 242 FEDERAL ST
Plat\Lot 028/0846/0000 Taxed To LRV PROPERTIES LLC Location 250 Federal St
Plat\Lot 028/0892/0000 Taxed To MASTER REALTY LLC Location 59 VINTON ST
Plat\Lot 028/0961/0000 Taxed To Dean Street Realty LLC Location 215 Dean St
Plat\Lot 028/0986/0004 Taxed To ALVIN REALTY Location 28 Ringgold Unit 4
Plat\Lot 028/1025/0000 Taxed To JOHN M VOCCOLA Sr For Life Location 272 Broadway St
Plat\Lot 028/1034/0000 Taxed To NEIL ROMERO Location 24 MARCELLO ST
Plat\Lot 028/1045/0000 Taxed To ALEBIA INC Location 18 AMERICA STREET
Plat\Lot 028/1049/0000 Taxed To MOOGAL MAA LLC Location 252 Atwells Ave
Plat\Lot 028/1078/1702 Taxed To AMY PAVIA-ZAWACKI Location 17 KENYON ST UNIT 1702
Plat\Lot 029/030/0000 Taxed To BLUE STAR REALTY LLC Location 256 CARPENTER ST
Plat\Lot 029/0325/0000 Taxed To TRUONG, CHAN DIEU Location 358 BROAD ST
Plat\Lot 029/0335/0000 Taxed To Truong, Chan Dieu Location 322 Broad St
Plat\Lot 029/0360/0000 Taxed To Richard Capeles Location 234 Broad St
Plat\Lot 030/0030/0000 Taxed To DERICK DEWAR Location 34 WILSON ST
Plat\Lot 030/0231/0000 Taxed To ELAINE B LUCIER Location 486 Smith St

LLC Location 31 DELAINE ST
Plat\Lot 035/0324/0000 Taxed To ROHAN LLC Location 239 OAK STREET
Plat\Lot 035/0341/0000 Taxed To REVITALIZATION REALTY LLC Location 7 DIKE ST
Plat\Lot 035/0472/0000 Taxed To OCEAN STATE LAND COMPANY LLC Location 1597 WESTMINSTER STREET
Plat\Lot 035/0492/0000 Taxed To FREDERICK E REGAN JR Location 60 BAINBRIDGE AVE
Plat\Lot 035/0519/0000 Taxed To ETELVINA MORALES Location 44 Harkness St
Plat\Lot 035/0564/0000 Taxed To CESAR DELOSSANTOS Location 42 Oak St.
Plat\Lot 036/0208/0000 Taxed To ENG SOUN Location 96 CHAPIN AVE
Plat\Lot 037/0064/0000 Taxed To REHAB WITH ME LLC Location 153 Messer St.
Plat\Lot 037/0220/0000 Taxed To ANA POLANCO Location 126 CHAPIN AVENUE
Plat\Lot 037/0228/0000 Taxed To TIMOTHY J HARRINGTON Location 142 CHAPIN AVENUE
Plat\Lot 037/0281/0000 Taxed To Joana INOA ESTATE OF Location 170 Wood St
Plat\Lot 037/0423/0000 Taxed To LUIS CASTILLO Location 22 ROSEDALE ST
Plat\Lot 037/0798/0000 Taxed To MILLER REALTY INC Location 265 Althea St
Plat\Lot 039/0159/0004 Taxed To SADHA MOODLEY Location 380 LLOYD AVE
Plat\Lot 039/0356/0000 Taxed To TILIA KIMM Location 22 UNIVERSITY AVE
Plat\Lot 040/0084/0000 Taxed To Modo Investments LLC Location 233 Cole Ave
Plat\Lot 042/0035/0000 Taxed To LAWRENCE DOWNES Location 140 BENEDICT STREET
Plat\Lot 042/0050/0000 Taxed To Whitman Associates Location 200 Benedict St
Plat\Lot 042/0084/0000 Taxed To Daniel Alonzo Location 231 Althea St
Plat\Lot 042/0144/0000 Taxed To ODILLIA E PAZ Location 52 LINWOOD AVE
Plat\Lot 042/0151/0000 Taxed To Rhode Island Electric Contractor LLC Location 40 Lin... UNIT 207

Plat\Lot 044/0390/0000 Taxed To MONTEIRO PROPERTIES LLC Location 280 ELMWOOD AVE
Plat\Lot 044/0505/0000 Taxed To EVELYN PEREZ Location 167 WHITMARSH ST
Plat\Lot 044/0532/0000 Taxed To 142 WHITMARSH STREET, LLC Location 142 WHITMARSH ST
Plat\Lot 044/0663/0000 Taxed To SARAH B CONNOR Location 55 BELLEVUE AVE
Plat\Lot 045/0208/0000 Taxed To 25 WESLYAN REALTY LLC Location 25 WESLEYAN AVE
Plat\Lot 045/0226/0000 Taxed To 16 Harvard Avenue LLC Location 16 Harvard Ave
Plat\Lot 045/0317/0000 Taxed To TRACEY DEGAITAS Location 32 Wesleyan Ave
Plat\Lot 045/0621/0000 Taxed To BROOKLY BEAR HOLDINGS LLC Location 344 BLACKSTONE ST
Plat\Lot 045/0632/0000 Taxed To ANITA R GRANDY TRUSTEE Location 191 PRAIRIE AVE
Plat\Lot 045/0712/0000 Taxed To BRIAN LEWIS Location 3 MT VERNON
Plat\Lot 045/0740/0000 Taxed To 445 PUBLIC STREET LLC Location 445 PUBLIC ST
Plat\Lot 045/0860/0000 Taxed To CARL KING Location 596 BROAD ST
Plat\Lot 045/0866/0000 Taxed To EDWARD SANTOS Location 67 Comstock Ave
Plat\Lot 046/0011/0000 Taxed To RICHARD P LATORELLA Location 786 Eddy St
Plat\Lot 046/0238/0000 Taxed To MW INVESTMENT AND CONTRACTOR LLC Location 282 Plain St
Plat\Lot 046/0266/0000 Taxed To JOSE REYES Location 2 JAMES ST
Plat\Lot 046/0288/0000 Taxed To FORT REALTY LLC Location 219 PUBLIC ST
Plat\Lot 046/0325/0000 Taxed To AIRWAY LEASING LLC Location 70 PUBLIC ST
Plat\Lot 046/0414/0000 Taxed To Social Realty of Providence Rhode Island Location 162 O-Connell St
Plat\Lot 046/0610/0000 Taxed To PEDRO REDONDO Location 264 PUBLIC ST
Plat\Lot 047/0050/0000 Taxed To MARION L GOMES Lo...

To 75 Hamilton Street LLC Location 85 Hamilton St
Plat\Lot 049/0366/0000 Taxed To HELPING HANDS COMM PARTNERS INC Location 425 ELMWOOD AVE
Plat\Lot 049/0422/0000 Taxed To M2-HOME LLC Location 94 Mitchell St
Plat\Lot 049/0487/0000 Taxed To KAIMANES HOME IMPROVEMENT LLC Location 49 STANWOOD STREET
Plat\Lot 049/0494/0000 Taxed To FRANK ANKOMA Location 328 Bucklin St
Plat\Lot 049/0496/0000 Taxed To JOSE MARTINEZ Location 73 MAWNEY ST
Plat\Lot 049/0616/0000 Taxed To 450 Potters Associates, LLC Location 45 Hamilton St
Plat\Lot 049/0628/0000 Taxed To 450 Potters Associates, LLC Location 440 Potters Ave
Plat\Lot 051/0125/0000 Taxed To ALINA DIAZ Location 28 SIBLEY STREET
Plat\Lot 051/0205/0000 Taxed To FRANCIS J ERBA Location 115 ALVIN STREET
Plat\Lot 052/0021/0000 Taxed To Stephen C JODAT Location 591 Elmwood Ave
Plat\Lot 052/0088/0000 Taxed To Mariela AMADIS Location 145 Lexington Ave
Plat\Lot 052/0236/0000 Taxed To EZZY REAL ESTATE LLC Location 155 SUMTER ST
Plat\Lot 052/0237/0000 Taxed To EZZY REAL ESTATE LLC Location 157 SUMTER ST
Plat\Lot 052/0239/0000 Taxed To QUINN W MILLER Location 167 SUMTER ST
Plat\Lot 052/0296/0000 Taxed To JOSE D FELIO Location 175 WARRINGTON ST
Plat\Lot 052/0298/0000 Taxed To JHB,LLC Location 187 Warrington St
Plat\Lot 052/0315/0000 Taxed To ANDREW L CLAY Location 251 LENOX AVE
Plat\Lot 052/0323/0000 Taxed To ALICIA C BACON Location 195 ONTARIO ST
Plat\Lot 052/0332/0000 Taxed To ELETICIA GARCIA Location 216 Adelaide AVE
Plat\Lot 052/0336/0000 Taxed To L.CASTILLO LLC Location 190 Lexington Ave
Plat\Lot 052/0400/0000 Taxed To I KNOW A GUY LLC Location 103 SUMTER St
Plat\Lot 052/0465/0000 Taxed

To LRV PROPERTIES LLC Location 25 Farragut
Plat\Lot 059/0096/0000 Taxed To BRENARD MONTIERO Location 87 FARRAGUT AVE
Plat\Lot 059/0187/0000 Taxed To KEMAH A BAI Location 68 Payton St
Plat\Lot 059/0208/0000 Taxed To RAFAEL R GOMEZ Location 35 Payton St
Plat\Lot 059/0527/0000 Taxed To GILKANIA BENITEZ SERRANO Location 78 CALLA ST
Plat\Lot 059/0606/0000 Taxed To DANIEL BROWN Location 180 Babcock St
Plat\Lot 059/0661/0000 Taxed To DOUGLAS SYLVIA Location 35 BERNARD ST
Plat\Lot 059/0670/0000 Taxed To PAULINE GELSOMINO Location 89 Babcock St
Plat\Lot 059/0701/0000 Taxed To CRIAG S HEFFERN Location 128 FISK ST
Plat\Lot 060/0001/0000 Taxed To BERIT INVESTMENT GROUP LLC Location 777 Elmwood Ave
Plat\Lot 060/0012/0000 Taxed To JUSTIN C GRECESU MINDA Location 198 WARRINGTON ST
Plat\Lot 060/0048/0000 Taxed To ANTHONY COREY Location 829 Elmwood Ave
Plat\Lot 060/0056/0000 Taxed To CHARL INVESTMENTS Location 14 HEMPSTEAD ST
Plat\Lot 060/0134/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 186 SACKETT ST
Plat\Lot 060/0202/0000 Taxed To Del Greco Family LLC Location 18 Belden St
Plat\Lot 060/0203/0000 Taxed To MB MANAGEMENT CO Location 27 Belden ST
Plat\Lot 061/0072/0000 Taxed To GLENN NICOLL Location 135 ROGER WILLIAMS AVE
Plat\Lot 061/0151/0000 Taxed To DONALD S SILVA Location 196 Sinclaire AVE
Plat\Lot 061/0485/0000 Taxed To RIVERA INVEST CONTRUCTION LLC Location 2/6 Pontiac Ave
Plat\Lot 062/0119/0000 Taxed To CASA PROPERTY LLC Location 159 Putnam ST
Plat\Lot 062/0165/0000 Taxed To CERTAIN WAY LLC Location 38 BOWDOIN ST
Plat\Lot 062/0220/0000 Taxed To HONEST LLC C/O LISA

Plat\Lot 064/0852/0000 Taxed To MERCADO INVESTMENTS LLC Location 21 MONTROSE ST
Plat\Lot 064/0895/0000 Taxed To NEF LLC Location 82 ROANOKE ST
Plat\Lot 064/0900/0000 Taxed To 76 BEAUFORT LLC Location 76 BEAUFORT ST
Plat\Lot 065/0007/0000 Taxed To DANNY A DANELLA Location 765 Atwells AVE
Plat\Lot 065/0072/0000 Taxed To NEWARK INVESTMENT LLC Location 11 NEWARK ST
Plat\Lot 065/0101/0000 Taxed To REGENT PLACE LLC Location 61 Wealth AVE
Plat\Lot 065/0105/0000 Taxed To MICHAEL J SALVATORE Location 1 Harold ST
Plat\Lot 065/0145/0000 Taxed To CAPITALES CARIENOS LLC Location 20 PRESCOTT ST
Plat\Lot 065/0146/0000 Taxed To CAPITALES CARIENOS LLC Location 30 PRESCOTT ST
Plat\Lot 065/0200/0000 Taxed To MJS HOLDING LLC C/O CARLINO LAW ASSOC Location 113 HAROLD ST
Plat\Lot 065/0206/0007 Taxed To IRENE A LAWRENCE TTRUSTEE Location 101 REGENT AVE
Plat\Lot 065/0243/0000 Taxed To NBAC DELIVERY LLC Location 72 Berkley ST
Plat\Lot 065/0303/0000 Taxed To David A Parker Location 57 Bergen St
Plat\Lot 065/0321/0000 Taxed To THOMAS A HAYES Location 10 GENEVA ST
Plat\Lot 065/0376/0000 Taxed To KYLTIFF INVESTMENTS & CONSULTING LLC Location 36 BERLIN ST
Plat\Lot 065/0481/0000 Taxed To RICHARD DELGIUDICE Location 18 ALTON ST

Plat\Lot 069/0518/0000 Taxed To L&D MANAGEMENT GROUP LLC Location 20 INKERMAN ST
Plat\Lot 069/0574/0000 Taxed To EMMANUEL OMERE Location 10 ALMA ST
Plat\Lot 069/0578/0000 Taxed To FAN BI Location 22 ALMA ST
Plat\Lot 070/0046/0000 Taxed To LRV Properties LLC Location 319 Admiral St
Plat\Lot 070/0140/0000 Taxed To L&D MANAGEMENT GROUP LLC Location 334 ADMIRAL ST
Plat\Lot 070/0147/0000 Taxed To Mason & J Investments LLC Location 304 Admiral St
Plat\Lot 070/0190/0000 Taxed To JEROME EDWARDS Location 539 DOUGLAS AVE
Plat\Lot 070/0195/0000 Taxed To DUB LLC Location 529 DOUGLAS AVE
Plat\Lot 070/0221/0000 Taxed To DEMETRIUS ANDRADE Location 52 COGGESHALL ST
Plat\Lot 070/0463/0000 Taxed To CALNAPA LLC Location 188 ADMIRAL ST
Plat\Lot 070/0492/0000 Taxed To CRISTINA M SOTO-ST. JOHN Location 13 SUFFOLK ST
Plat\Lot 070/0644/0000 Taxed To Anthony J Ricci Location 135 Pumgansett St
Plat\Lot 071/0004/0000 Taxed To BRICK BY BRICK LLC Location 612 Charles ST
Plat\Lot 071/0113/0000 Taxed To 52 MONTICELLO STREET LLC Location 52 MONTICELLO ST
Plat\Lot 071/0180/0000 Taxed To LRV PROPERTIES LLC Location 30 Marietta St
Plat\Lot 071/0194/0000 Taxed To WISDOM PROPERTIES LLC Location 65 MARIETTA ST

Plat\Lot 082/0010/0000 Taxed To RAMON B GRULLON Location 629 CHALKSTONE AVE
Plat\Lot 082/0076/0000 Taxed To Robert B Pruefer Location 574 Smith St
Plat\Lot 084/0034/0000 Taxed To DC GENERAL CONTRACTORS LLC Location 238 RIVER AVE
Plat\Lot 084/0061/0000 Taxed To IAB LLC Location 58 GROSVENOR AVE
Plat\Lot 084/0072/0000 Taxed To ANTOINE WAGNAC Location 31 Rankin Ave
Plat\Lot 084/0119/0000 Taxed To STEVEN F DEPAULO Location 60 RANKIN AVE
Plat\Lot 084/0244/0000 Taxed To ALICE V LEONELLI Location 20 HOME AVE
Plat\Lot 084/0400/0000 Taxed To AMY L FORD Location 15 KIMBALL ST
Plat\Lot 084/0405/0000 Taxed To Rivera Investment Construction LLC Location 16 Rowan St
Plat\Lot 085/0181/0000 Taxed To Michael J Salvatore Location 261 Nelson St
Plat\Lot 085/0197/0000 Taxed To ST TONY'S LLC Location 1055 SMITH ST
Plat\Lot 085/0204/0000 Taxed To R AND F REALTY INC Location 969 SMIYH ST
Plat\Lot 085/0330/0000 Taxed To BMC Holdings LLC Location 93 Naples Ave
Plat\Lot 085/0447/0000 Taxed To LOUIS REGINE Location 119 NAPLES AVE
Plat\Lot 085/0555/0000 Taxed To Gertrudia QUILES Location 797 Academy Ave
Plat\Lot 085/0593/0000 Taxed To LRV PROPERTIES LLC Location 90 ERIE ST
Plat\Lot 085/0626/0000 Taxed To LRV Properties LLC Location 92 Erie St

Plat\Lot 065/0514/0000 Taxed To MARCO SANDOVAL Location 167 Regent AVE
Plat\Lot 065/0522/0000 Taxed To KENNETH J MCDONALD Location 22 Huron St
Plat\Lot 065/0704/0000 Taxed To REGENT PLACE LLC Location 49 Wealth Ave
Plat\Lot 065/0742/0000 Taxed To 41 Health Avenue LLC Location 41 Health Ave
Plat\Lot 065/0976/0000 Taxed To MAMAMELO LLC Location 14 Daisy St
Plat\Lot 065/0977/C33G

Plat\Lot 071/0212/0000 Taxed To FORT REALTY LLC Location 306 HAWKINS ST
Plat\Lot 071/0396/0000 Taxed To RHODY PROPERTIES LL Location 63 COMMODORE ST
Plat\Lot 071/0479/0000 Taxed To 65 Ledge Street LLC Location 65 Ledge St
Plat\Lot 071/0608/0000 Taxed To AUBREY BAIDO Location 347 HAWKINS ST
Plat\Lot 071/0614/0000 Taxed To DOROTHY ANZELONE Location 67 Touro St.
Plat\Lot 071/277/0000 Taxed

Plat\Lot 085/0652/0000 Taxed To Blue Star Realty LLCLocation 435 Eaton St
Plat\Lot 087/0001/0000 Taxed To CHARLES C POTTER Location 1304 EDDY ST
Plat\Lot 087/0071/0000 Taxed To PERSIS S BROWN E Location 215 Indiana Ave
Plat\Lot 087/0075/0000 Taxed To AMA LLC Location 197 INDIANA AVE
Plat\Lot 087/0102/0000 Taxed To S-PROVIDENCE RESIDENTIAL LLC Location 247 INDIANA AVE
Plat\Lot 087/0197/0000 Taxed



[illegible] cation 112 Ortoleva DR
Plat\Lot 094/0313/0000 Taxed To MICHAEL E RUZZZANO Location 156 HILLCREST AVE
Plat\Lot 094/0377/0000 Taxed To WILLY REYES Location 55 FREEDOM RD
Plat\Lot 094/0489/0000 Taxed To THOMAS J DUBE Location 211 Lynch St
Plat\Lot 094/0519/0000 Taxed To Judith A Miele Location 170 Leah St
Plat\Lot 095/0070/0000 Taxed To MIRIAM LARA Location 29 SISSON ST
Plat\Lot 095/0130/0000 Taxed To DEBORAH BURNS Location 25 UNIT ST
Plat\Lot 095/0142/0000 Taxed To T&S LLC Location 73 UNIT ST
Plat\Lot 095/0164/0000 Taxed To GERENA INVETMENTS LLC Location 92 PARNELL ST
Plat\Lot 095/0209/0000 Taxed To TWENTY ELEVEN LLC Location 105 Parnell St
Plat\Lot 095/0283/0000 Taxed To FREEDOM REALTY Location 1011 Atwells Ave
Plat\Lot 095/0365/0000 Taxed To EQUIVEST LLC Location 507 MANTON AVE
Plat\Lot 095/0479/0000 Taxed To Robert D DOMENICONE Location 50 Ada Ave
Plat\Lot 095/0547/0000 Taxed To HENRY EDWARD GIACHELLI Location 23 WOODSIDE AVE
Plat\Lot 095/0604/0000 Taxed To FERDINAND PAGAN Location 102 LEAH ST
Plat\Lot 096/0012/0000 Taxed To BRAULIO REYES Location 348 MANTON AVE
Plat\Lot 096/0048/0000 Taxed To GAIL L MONTERIO Location 6 STOCKWELL ST
Plat\Lot 096/0078/0000 Taxed To DENNIS A LINDSEY Location 8 Brookfield St
Plat\Lot 096/0118/0000 Taxed To EDWARD SAMOS Location 384 MANTON AVE
Plat\Lot 096/0140/0000 Taxed To Osmar A Villatoro Location 407 Manton Ave
Plat\Lot 096/0283/0000 Taxed To SALMON STREET REALTY LLC Location 90 SALMON ST
Plat\Lot 096/0289/0000 Taxed [illegible] cation 551 VEAZIE ST
Plat\Lot 104/0072/0000 Taxed To ABRAHAM MONTUFAR Location 74 STERLING AVE
Plat\Lot 104/0134/0000 Taxed To LARRY D KING Location 192 CLARENCE ST
Plat\Lot 104/0223/0000 Taxed To EDVIN E CORDON Location 170 WALLACE ST
Plat\Lot 104/0230/0000 Taxed To S PROVIDENCE RESIDENTIAL LLC Location 195 DORA ST
Plat\Lot 104/0266/0000 Taxed To MARIA PARADA Location 57 PRISCILLA AVE
Plat\Lot 104/0280/0000 Taxed To MAYRA PRECIADO Location 169 PROGRESS AVE
Plat\Lot 104/0348/0000 Taxed To JOSUE SOSA MOLINA Location 83 DORA ST
Plat\Lot 104/0493/0000 Taxed To PAULINE RAYMOND Location 24 Elmdale AVE
Plat\Lot 104/0638/0000 Taxed To HIGH PLAIN ASSOCIATES LLC Location 53 CUMERFORD ST
Plat\Lot 104/0725/0000 Taxed To CARMELA FIORENZANO FOR LIFE Location 6 SHAFTER ST
Plat\Lot 104/0726/0000 Taxed To ANTONIO A IODICE FOR LIFE Location 73 TERRACE AVE
Plat\Lot 105/0110/0000 Taxed To PROVIDENCE COMMUNITY HEALTH CENTER Location 37 ATWOOD ST
Plat\Lot 105/0111/0000 Taxed To PROVIDENCE COMMUNITY HEALTH CENTER Location 41 ATWOOD ST
Plat\Lot 105/0153/0000 Taxed To PROVIDENCE COMMUNITY HEALTH CENTER Location 17 ATWOOD ST
Plat\Lot 105/0154/0000 Taxed To Rancho Investments LLC Location 311 Plainfield St
Plat\Lot 105/0295/0000 Taxed To 15 NEWFIELD LLC Location 8 BANCROFT ST
Plat\Lot 105/0368/0000 Taxed To Mariano J Guillen Location 45 Heath St
Plat\Lot 105/0444/0000 Taxed To THE PROVIDENCE COMMUNITY HEALTH Lo-
Taxed To EC INVESTMENT LLC Location 22 Sunset AVE
Plat\Lot 112/0033/0000 Taxed To ANNE FENNER Location 44 Merino St
Plat\Lot 112/0074/0000 Taxed To RAMON R DURAN Location 139 Alverson AVE
Plat\Lot 112/0090/0000 Taxed To ABRAHAM MONTUFAR Location 148 ALVERSON AVE
Plat\Lot 112/0095/0000 Taxed To SUSAN A FRAZIER Location 130 Alverson AVE
Plat\Lot 112/0130/0000 Taxed To JOSUEL CANALDA Location 7 BARROWS ST
Plat\Lot 112/0217/0000 Taxed To Antonio MEDEIROS Location 230 Lowell Ave
Plat\Lot 112/0364/0000 Taxed To GF INVESTMENTS LLC Location 55 ELIZA ST
Plat\Lot 113/0048/0000 Taxed To ORLANDO A GOMEZ Location 15 Kinfield St
Plat\Lot 113/0194/0000 Taxed To JOHN J SOUZA Location 70 BOWLET ST
Plat\Lot 113/0430/002B Taxed To ERNESTH RETREPO CONSTRUCTION LLC Location 29 MATSON AVENUE
Plat\Lot 114/0186/0000 Taxed To DOUGLAS H JEFFREY Location 97 Stella St
Plat\Lot 115/0075/0000 Taxed To FIOR GUERRERO Location 177 KILLINGLY ST
Plat\Lot 115/0191/0000 Taxed To DANIEL AGUILAR Location 285 KILLINGLU ST
Plat\Lot 115/0228/0000 Taxed To United Homes LLC Location 658 Hartford Ave
Plat\Lot 115/0368/0000 Taxed To Edward G DIAMANTE Location 61 Ophelia St
Plat\Lot 115/0488/0000 Taxed To ANTONETTA MARCHETTI FOR LIFE Location 18 VERDIC AVE
Plat\Lot 116/0015/0000 Taxed To RONALD A CUTRONEO Location 85 Freese ST
Plat\Lot 116/0049/0000 Taxed To Ryan MCNAMARA Location 419 Academy Ave
Plat\Lot 116/0134/0000 Taxed To DOROTHY MATILE Location 40 FARM ST
Plat\Lot 116/0216/0000 Taxed To MARGARET A CAPPELLO Location 84
Plat\Lot 123/0143/0000 Taxed To ANTHONY GRIECO (FOR LIFE) Location 836 DOUGLAS AVE
Plat\Lot 123/0144/0000 Taxed To JOSEPH MORETTI Location 832 Douglas Ave
Plat\Lot 123/0165/0000 Taxed To ADNANA JWEINAT Location 663 ADMIRAL ST
Plat\Lot 123/0552/0000 Taxed To NICOLE HETHERINGTON Location 902 DOUGLAS AVE
Plat\Lot 124/0005/0000 Taxed To JOSEPH I TRICARICO Location 844 Admiral ST
Plat\Lot 124/0057/0000 Taxed To FORT REALTY SOLUTION LLC Location 161 GENTIAN AVE
Plat\Lot 124/0258/0000 Taxed To Joann Mastrantonis Location 44 Winona ST
Plat\Lot 124/0282/0000 Taxed To FRESH START REALTY LLC Location 71 WINONA ST
Plat\Lot 125/0001/0000 Taxed To CAJA LLC Location 100 RESERVOIR AVE
Plat\Lot 125/0002/0000 Taxed To KC Houldings LLC Location 106 Reservoir Ave
Plat\Lot 125/0017/0000 Taxed To 130 Reservoir Avenue LLC Location 130 Reservoir Ave
Plat\Lot 125/0075/0000 Taxed To ALBA LLC Location 88 ARDOENE ST
Plat\Lot 125/0093/0000 Taxed To CMDR PROPERTIES & INVESTMENT Location 17 WILDWOOD AVE
Plat\Lot 125/0128/0000 Taxed To KIM WALSH Location 60 Narragansett AVE
Plat\Lot 126/0009/0000 Taxed To BELT AND SUSPENDERS LLC Location 356 RESERVOIR AVE
Plat\Lot 126/0012/0000 Taxed To Richard CANDJON Location 271 ReservoirAve
Plat\Lot 126/0424/0000 Taxed To RHODY PROPERTIES LLC Location 26 WESTMORE ST
Plat\Lot 126/0444/0000 Taxed To NEF LLC Location 21 WESTMORE ST
Plat\Lot 127/0009/0000 Taxed To Rehab With Me LLC Location 189 Fruit Hill Ave

To Mario J Lagos Trustee Location 212 Ohio Ave
Plat\Lot 087/0204/0000 Taxed To PAULA A MIRANDA Location 188 OHIO AVE
Plat\Lot 087/0270/0000 Taxed To Monestate LLC Location 258 California Ave
Plat\Lot 087/0280/0000 Taxed To ANTONIO S MEDEIROS Location 218 CALIFORNIA AVE
Plat\Lot 087/0290/0000 Taxed To CHARLES A Smith Location 178 California Ave
Plat\Lot 087/0388/0000 Taxed To MARIA I SARIT Location 245 WASHINGTON AVE
Plat\Lot 087/0389/0000 Taxed To SHIRLEY M DAVIS Location 239 WASHINGTON AVE
Plat\Lot 087/0401/0000 Taxed To MARIA SARIT Location 179 Washington Ave
Plat\Lot 087/0456/0000 Taxed To MONTEIRO PROPERTIES LLC Location 243 MASSACHUSETTS AVE
Plat\Lot 087/0464/0000 Taxed To Misquella Bello German Location 213 Massachusetts Ave
Plat\Lot 087/0484/0000 Taxed To MONESTATE LLC Location 282 MASSACHUSETTS AVE
Plat\Lot 087/0501/0000 Taxed To BRANDON G BROWN Location 216 MASSACHUSETTS AVE
Plat\Lot 087/0554/0000 Taxed To Edward Santos Location 254 Alabama Ave
Plat\Lot 087/0586/0000 Taxed To MARIA E ROSA Location 201 MONTGOMERY AVE
Plat\Lot 087/0733/0000 Taxed To DANA C CASTILLO Location 93 OHIO AVE
Plat\Lot 087/0834/0000 Taxed To SANTOS VILLAMOR Location 51 Michigan Ave
Plat\Lot 087/0953/0000 Taxed To RAMON D TORRES Location 113 MASSACHUSETTS AVE
Plat\Lot 087/1119/0000 Taxed To MARIA I SARIT Location 151 Massachusetts Ave
Plat\Lot 088/0085/0000 Taxed To RUSSELL TAYLOR Location 20 WHITNEY ST
Plat\Lot 088/0089/0000 Taxed To WILLY REYES Location 34 WHITNEY ST
Plat\Lot 089/0173/0000 Taxed To Fort Realty LLC Location 1178 Elmwood Ave
Plat\Lot 089/0217/0000 Taxed To KEVIN F KEMPF Location 105 Samford AVE
Plat\Lot 089/0279/0000 Taxed To US BANK NATIONAL ASSOC Location 18 SAMFORD AVE
Plat\Lot 089/0400/0001 Taxed To SUMEET SINGH Location 89 DIXON ST UNIT 1
Plat\Lot 090/0132/0000 Taxed To ELMIS TOVAR Location 33 NETOP DR
Plat\Lot 091/0094/0000 Taxed To SA INVESTMENTS INC Location 29 1/2 TENTH ST
Plat\Lot 091/0105/0000 Taxed To SA INVESTMENTS INC Location 29 TENTH ST
Plat\Lot 091/0246/0000 Taxed To DAVID SCHECHTER Location 19 Overhill RD
Plat\Lot 091/0523/0000 Taxed To DAVID L FARRELL Location 81 ELEVENTH ST
Plat\Lot 091/0667/0000 Taxed To JEFFREY T CASTLE Location 118 CHACE AVE
Plat\Lot 092/0091/0000 Taxed To IRENE GERBER Location 913 Hope St
Plat\Lot 092/0204/0000 Taxed To ROBERT MONTECALVO Location 540 BLACKSTONE BLVD
Plat\Lot 093/0313/0000 Taxed To Mark B Elefante Trustee Location 6 Westford Rd
Plat\Lot 094/0020/0000 Taxed To MARY M MCCARTHY TRUSTEE Location 40 ALDINE ST
Plat\Lot 094/0172/0000 Taxed To LUZ N REYNOSO Location 165 Ortoleva DR
Plat\Lot 094/0209/0000 Taxed To LINFORD JARRETT Location 112 Ortoleva DR
Plat\Lot 094/0313/0000 Taxed To MICHAEL E RUZZANO Location 156 HILLCREST AVE

To First Providence Realty Partners LLC Location 610 Manton Ave
Plat\Lot 097/0320/0000 Taxed To Sokhodom Kuy Location 169 Russo St
Plat\Lot 097/0489/0000 Taxed To NEF LLC Location 320 Langdon St
Plat\Lot 097/0618/0000 Taxed To Dborah Rodriguez Location 114 Raphael Ave
Plat\Lot 097/0725/0000 Taxed To LRV PROPERTIES LLC Location 15 DiMario Dr
Plat\Lot 097/0769/0000 Taxed To William S Prior Location 778 Charles St
Plat\Lot 097/0934/0023 Taxed To Abraham Nunez Location 17 Mendon St Unit 23
Plat\Lot 098/0029/0000 Taxed To STEPHEN S BARSOIAN Location 115 WOODWARD RD
Plat\Lot 098/0340/0000 Taxed To PDP Properties LLC Location 666 Charles St
Plat\Lot 098/0369/0000 Taxed To CHARLES ST COMMUNITY CENTER AND A Location 12 PETER ST
Plat\Lot 098/0386/0000 Taxed To 623 CHARLES STREET LLC Location 623 CHARLES ST
Plat\Lot 098/0405/0000 Taxed To 62 Ledge Street LLC Location 62 Ledge St
Plat\Lot 098/0406/0000 Taxed To Ledge Property LLC Location 66 Ledge St
Plat\Lot 098/0433/0001 Taxed To WILLIAM R D'AMICO Location 42 SOCIAL ST
Plat\Lot 098/0445/0000 Taxed To Muriel F LOMBARDO Location 31 Langdon St
Plat\Lot 098/0462/0000 Taxed To CHARLES ST COMMUNITY CENTER AND AFTER Location 661-663 CHARLES ST
Plat\Lot 099/0154/0000 Taxed To Richard N DAMBRA Location 498 Branch Ave
Plat\Lot 099/0183/0000 Taxed To Ramon B GRULLON Location 653 Douglas Ave
Plat\Lot 099/0187/0000 Taxed To JOSEPH COLALUCA Location 661 Douglas Ave
Plat\Lot 099/0203/0000 Taxed To RICHARD DUARTE Location 94 Lancashire ST
Plat\Lot 099/0207/0000 Taxed To Dorothy M FLORIO Location 29 Sherwood St
Plat\Lot 099/0468/0000 Taxed To BERIT INVESTMENT GROUP LLC Location 15 MESSINA ST
Plat\Lot 099/0496/0000 Taxed To ATLANTIC LLC Location 98 SHERWOOD ST
Plat\Lot 101/0161/0000 Taxed To PIMAZUELLVIR LEBRON ALMONTE Location 53 CAROLINA AVE
Plat\Lot 101/0319/0000 Taxed To MOODY MACHINE PRODUCTS Location 141 CAROLINA AVE
Plat\Lot 101/0762/0000 Taxed To DANIEL CARRASCO Location 893 Allens AVE
Plat\Lot 102/0016/0000 Taxed To LA FAMILIA CONSTRUCTION INC Location 884 BRANCH AVE
Plat\Lot 102/0130/0000 Taxed To VALARIE MARY NICOLAS LLC Location 927 DOUGLAS AVE
Plat\Lot 102/0150/0000 Taxed To Wissam Khalil Location 901 Douglas Ave
Plat\Lot 102/0202/0000 Taxed To PEDRO B AVILA-MEDINA Location 7 5 8 BRANCH AVE
Plat\Lot 102/0235/0000 Taxed To HOMES R US LLC Location 56 HYACINTH ST
Plat\Lot 102/0241/000L Taxed To CHRISTIAN JAVIER-JIMENEZ Location 10 BURLEIGH ST
Plat\Lot 103/0085/0000 Taxed To Branch Holdings LLC Location 541 Veazie St
Plat\Lot 103/0086/0000 Taxed To Branch Holdings LLC Location 531 VEAZIE ST
Plat\Lot 103/0092/0000 Taxed To Branch Holdings LLC Location 551 VEAZIE ST
Plat\Lot 104/0072/0000 Taxed To ABRAHAM MONTUFAR Location 74 STERLING AVE

cation 31 ATWOOD AVE
Plat\Lot 105/0445/0000 Taxed To THE PROVIDENCE COMMUNITY HEALTH Location 33 ATWOOD AVE
Plat\Lot 105/0452/0000 Taxed To EMILI VAZIRI Location 160 PLAINFIELD ST
Plat\Lot 105/0466/0000 Taxed To THE PROVIDENCE COMMUNITY HEALTH Location 130 PLANIFIELD ST
Plat\Lot 105/0476/0000 Taxed To ANTHONY JORGE MALDONADO Location 17 WHITTIER AVE
Plat\Lot 107/0045/0000 Taxed To GUSTAVO PEREZ Location 28 Ida St
Plat\Lot 107/0102/0000 Taxed To PRIVATE RESERVE PROPERTIES II LLC Location 94 WEBSTER AVE
Plat\Lot 107/0320/0000 Taxed To ZAIDA RIVERA Location 121 Whittier Ave
Plat\Lot 107/0582/0000 Taxed To Equivest LLC Location 28 Crowninshield
Plat\Lot 107/0602/0000 Taxed To Frank DelDeo Location 108 Laurel Hill Ave
Plat\Lot 108/0016/0000 Taxed To BLANCA HERNANDEZ Location 100 POCASSET AVE
Plat\Lot 108/0074/0000 Taxed To CHANTELL ABREU Location 44 BARROWS ST
Plat\Lot 108/0091/0000 Taxed To Ramon Cardenes Location 23 Bend St
Plat\Lot 108/0326/0000 Taxed To Eleticia Garcia Location 177 Roosevelt St
Plat\Lot 108/0346/0000 Taxed To Robert T. Quion Location 212 ROOSEVELT ST
Plat\Lot 109/0037/0000 Taxed To OLYMPIC REALTY ASSOCIATES Location 160 PRUDENCE AVE
Plat\Lot 109/0059/0000 Taxed To NBAC DELIVERY LLC Location 610-612 UNION AVE
Plat\Lot 109/0317/0000 Taxed To DAVCO REALTY GROUP LLC Location 72 EATHAN ST
Plat\Lot 109/0382/0000 Taxed To Concepion Ramirez/Martinez Location 16 What Cheer Ave
Plat\Lot 109/0446/0000 Taxed To Loida D VARGAS Location 353 Laurel Hill Ave
Plat\Lot 109/0504/0000 Taxed To ANYELO JUNCO Location 598 UNION AVE
Plat\Lot 109/0523/0000 Taxed To ANYELO JUNCO Location 590 UNION AVE
Plat\Lot 110/0034/0000 Taxed To 1 Sanford Street LLC Location 1 Sanford St
Plat\Lot 110/0047/0000 Taxed To PAUL W SHEHAN Location 54 MERCY ST
Plat\Lot 110/0143/0000 Taxed To GILS PLACB LLC Location 48 MURRAY ST
Plat\Lot 110/0145/0000 Taxed To GILS PLACE LLC Location 28 MURRAY ST
Plat\Lot 110/0148/0000 Taxed To GILS PLACE LLC Location 32 NANCY ST
Plat\Lot 110/0163/0000 Taxed To 9 YARDS LLC Location 700 PLAINFIELD ST
Plat\Lot 110/0179/0000 Taxed To MURRAY REALTY ENTERPRISE LLC Location 14 MURRAY ST
Plat\Lot 110/0204/0000 Taxed To Cindy Nelson Nemet Location 75 Ethan St
Plat\Lot 110/0314/0000 Taxed To Regent Place LLC Location 54 Silver Lake Ave
Plat\Lot 110/0367/0000 Taxed To FARMINGTON AVENUE INVESTMENTS LLC Location 97 FARMINGTON AVE
Plat\Lot 110/0388/0000 Taxed To MELVIN M ARIAS Location 115 ETHAN ST
Plat\Lot 111/0028/0000 Taxed To ROBERTO REYES Location 16 DUXBURY ST
Plat\Lot 111/0055/0000 Taxed To MICHAEL E TIROCCHI Location 12 LECIA DR
Plat\Lot 111/0083/024C Taxed To EC INVESTMENT LLC Location 22 Sunset AVE
Plat\Lot 112/0033/0000 Taxed To ANNE FENNER Location 44 Merino St

Farm ST
Plat\Lot 116/0309/0000 Taxed To LOIS ELAINE CARDARELLI Location 73 ELMCROFT AVE
Plat\Lot 116/0528/0000 Taxed To KATHERINE L TYRRELL Location 8 7 WALLER ST
Plat\Lot 116/0561/0003 Taxed To D DELUISE CORPOATION Location 1245 CHALKSTONE AVE UNIT 3
Plat\Lot 116/0561/0004 Taxed To D DELUISE CORPOATION Location 1245 CHALKSTONE AVE UNIT 4
Plat\Lot 116/0561/0005 Taxed To D DELUISE CORPOATION Location 1245 CHALKSTONE AVE UNIT
Plat\Lot 117/0288/0000 Taxed To DENNIS J SAMPALIS Location 866 SMITH ST
Plat\Lot 117/0328/0000 Taxed To Michael J Kilduff Location 104 Wyndham Ave
Plat\Lot 117/0361/0000 Taxed To CHRISTINE MCMICHAEL Location 58 Wyndham Ave
Plat\Lot 118/0106/0000 Taxed To RAMON GRULLON Location 754 RIVER AVE
Plat\Lot 118/0207/0000 Taxed To DAILEY PROPERTY INVESTMENTS LLC Location 12 DRILL ST
Plat\Lot 118/0259/0000 Taxed To Stephen P DeNuccio Location 10 Hillview Ave
Plat\Lot 118/0295/0000 Taxed To DOMENIC IACONE Location 25 Drill St
Plat\Lot 118/0414/0000 Taxed To ELIZABETH ANN MARZLLO Location 30 WARDLAW CT
Plat\Lot 119/0041/0000 Taxed To MASTER REALTY LLC Location 496 Douglas Ave
Plat\Lot 119/0105/0000 Taxed To VERITAS HOLDING LLC Location 31 AUGUST ST
Plat\Lot 119/0131/0000 Taxed To JOHN J O'BRIEN SR Location 45 VENICE ST
Plat\Lot 119/0252/0000 Taxed To PHYLLIS M GIACOBBI TRUST Location 50 CERES ST
Plat\Lot 120/0042/0000 Taxed To ANTHONY F MARINO TRUSTEE Location 15 ROSLYN AVE
Plat\Lot 120/0085/0000 Taxed To JOHN J DESIMONE Location 735 Smith St
Plat\Lot 120/0184/0000 Taxed To Noreen Nash Location 50 Pembroke Ave
Plat\Lot 120/0213/0000 Taxed To VERITAS HOLDINGS LLC Location 143 RADCLIFFE AVE
Plat\Lot 120/0217/0000 Taxed To VERITAS HOLDINGS LLC Location 1 2 1 RADCLIFFE AVE
Plat\Lot 121/0226/000 Taxed To FOCUS REALTY LLC Location 1332 SMITH ST
Plat\Lot 122/0287/0000 Taxed To ERNEST GRECO Location 46 Forbes St
Plat\Lot 122/0305/0000 Taxed To EILEEN BATTISON Location 67 GENTIAN AVE
Plat\Lot 122/0334/000 Taxed To Robert Schofield Location 99 ARDMORE AVE
Plat\Lot 122/0511/0000 Taxed To ROBERT J CHASE Location 21 LESLIE DR
Plat\Lot 122/0540/0000 Taxed To JOHN J XAVIER Location 1263 SMITH ST
Plat\Lot 123/0049/0000 Taxed To DOUBLE REYES INVESTMENT LLC Location 100 VEAZIE ST
Plat\Lot 123/0082/0000 Taxed To A&K LLC Location 63 SUNBURY ST
Plat\Lot 123/0088/0000 Taxed To SOMBAT HOLTZMAN Location 194 VEAZIE ST
Plat\Lot 123/0132/0000 Taxed To 886 DOUGLAS AVENUE LLC Location 886 DOUGLAS AVE
Plat\Lot 123/0143/0000 Taxed To ANTHONY GRIECO (FOR LIFE) Location 836 DOUGLAS AVE
Plat\Lot 123/0144/0000

Plat\Lot 129/0066/0000 Taxed To NGUDA M TOURAY Location 40 VICTORIA ST
Plat\Lot 129/0100/002A Taxed To ROBERT A FASCITELLI Location 24 GAGE ST
Plat\Lot 129/0166/0000 Taxed To K&V Investments LLC Location 9 Samoset Ave
Plat\Lot 129/0176/0000 Taxed To FASCITELLI, LUCY FOR LIFE Location 53 SAMOSET AVE
Plat\Lot 129/0259/0000 Taxed To ZEUS IMPEX LLC Location 125 Galileo Ave

For a more particular description of said estates, reference is made to the Assessor's Plats as the same appeared December 31, 2018, in the office of the City Assessor.

Be advised that if said taxes and/or fees are not paid prior to sale, your interest as an owner, mortgagee, or any other party having a significant interest in said real estate per RIGL 44-9-10 and/or 44-9-11 may be at risk.

Per the laws of the State of Rhode Island, Sections 44-9-1 et seq., any person having an interest in land sold for the nonpayment of taxes and/or entitled to notice pursuant to R.I. Gen Laws Sec 44-9-10 and 44-9-11 may, within one (1) year after the sale (and thereafter, prior to the filing of a petition to foreclose the right of redemption), exercise the right of redemption in accordance with RIGL 44-9-19 or 44-9-21, which statutes contain provisions requiring payment of the sum for which the real estate was purchased or assigned, plus any intervening taxes paid, plus costs, interest and penalties. If, after said one (1) year period, a petition is filed to foreclose the right of redemption under RIGL 44-9-25, the court may also require the payment of costs of the proceeding and counsel fees and impose such other terms as the court finds just and the circumstances require, per RIGL 44-9-29. Pursuant to the provisions of RIGL 44-9-25 no petition for foreclosure of redemption shall be filed or entertained by any court with respect to any property or title acquired by the Rhode Island Housing and Mortgage Corporation pursuant to Sec 44-9-8.3 of the general laws until after five (5) years from the sale of said property or title for taxes.

IMPORTANT NOTICE TO BIDDERS: Bidders for the tax sale must preregister with the online bidding platform, CivicSource, and with the City Collector during the period April 27 through 4:00pm May 8, 2020. Registrations will not be processed after May 8, 2020 for this tax sale. The registration form will be available on April 27 from the Collector's webpage www.providenceri.gov/collector. Due to the COVID-19 health emergency, there is no admittance to City Hall to the public. In order to bid at the sale, completed registration forms must be submitted by May 8, 2020 at 4:00 pm.

For further information, your attention is directed to the content of the above referenced statutes.

TERMS: ELECTRONIC

John A. Murphy
City Collector