# EXHIBIT D

## REQUEST FOR PROPOSALS FOR KINGSTON HILL ACADEMY EXPANSION CONSTRUCTION PROJECT 2

Kingston Hill Academy (hereinafter "KHA") is seeking proposals from qualified general contractors. The bid documents and specifications [will] be available May 7, 2020 [on]line at http://www.kingston[hill].org/drupal/. Given the current pandemic, the pre-bid [conf]erence will take place by [appo]intment only on May 12 and May 13, 2020 and [will] be limited to one (1) representative. Bidders interested [in sch]eduling such an appointment shall contact RGB Architects representative, Martin [Holla]nd, at mholland@rgb.net [Each] bidder must submit a [copy] of their bid proposal [electr]onically to be available [for pu]blic inspection upon the [openin]g of bids. The bids shall [be sub]mitted by May 26, 2020 [at 4:00] P.M. and opened virtually [via] a public teleconference [link], https://global.gotomeeting.com/join/453402677, [May] 26, 2020 at 4:00 P.M. [KHA r]eserves the right to reject [an]y and all bids or part [of bids], and to waive any [technic]al defect or informality [in the] bids received. KHA [will a]ward the contract to the [most r]esponsive bidder offer[ing th]e greatest promise, best

## CITY OF PROVIDENCE RHODE ISLAND COLLECTOR'S SALE OF ESTATES FOR TAXES DUE AND UNPAID TO THE CITY OF PROVIDENCE, RI WILL BE HELD ONLINE AT CIVICSOURCE.COM ON MAY 14, 2020

The undersigned, City Collector of the City of Providence, hereby gives notice that he will sell at public auction to the highest bidder at the online bidding platform CIVICSOURCE.COM on Thursday, May 14, 2020 at 10:00 A.M., the various parcels of real estate, or so much thereof as may be necessary to pay the taxes which constitute a lien thereon, set forth in the original advertisement of April 23, 2020 in the Providence Journal of that date to which reference is hereby made.

Property upon which taxes have been paid since the April 23, 2020 advertisement first appeared will not, of course, be included in the sale. A reference to the statutory rights of redemption and procedures therefore are set forth in the original advertisement of April 23, 2020 to which reference is hereby made.

John A. Murphy
City Collector

## MORTGAGEE'S SALE ASSESSOR'S PARCEL ID

## INVITATION TO BID Bristol County Water Authority FY2021 MAINTENANCE AND SERVICE WORK CONTRACT

Sealed bids for the BCWA FY2021 Maintenance and Service Work Contract work will be received by the Bristol County Water Authority at the Authority's Administration Office, 450 Child Street, Warren, Rhode Island 02885, until 10:00 AM prevailing time on Thursday, May 21, 2020. A mandatory Pre-Bid meeting will be held on Thursday, May 14, 2020 at 10:00 AM prevailing time via teleconference. Bid documents can be downloaded on bcwari.com/bids.

## INVITATION TO BID BRISTOL COUNTY WATER AUTHORITY FY 2021 ANNUAL PERMANENT PAVING CONTRACT

Sealed bids for the Water Distribution System Improvements Program, consisting of permanent pavement work will be received by the Bristol County Water Authority at the Authority's Administration Office, 450 Child Street, Warren, Rhode Island 02885, until 10:15 AM prevailing time on Thursday, May 21, 2020. A mandatory Pre-Bid meeting will be held on Thursday, May 14, 2020 at 10:15 AM prevail[ing]