# EXHIBIT E

**COUNCILWOMEN MILLER, ANTHONY, COUNCILMAN ESPINAL, COUNCILWOMAN LAFORTUNE, COUNCILMAN NARDUCCI, COUNCILWOMAN CASTILLO, COUNCILMAN CORREIA AND COUNCILWOMAN HARRIS**

Resolution Requesting the City Council to protect families and small businesses from economic hardship due to COVID-19 Preparedness.

*WHEREAS*, The novel coronavirus, COVID-19, is a recognized pandemic that has spread globally and threatens the health, well-being, and financial stability of community members globally; and

*WHEREAS* On March 9, 2020, Governor of Rhode Island Gina Raimondo declared, by Executive Order 20-02, a Declaration of Disaster Emergency in connection with the outbreak of the novel coronavirus "COVID-19"; and

*WHEREAS*, On March 12, 2020, Providence Mayor Jorge Elorza declared a state of emergency for the city of Providence; and

*WHEREAS*, The City of Providence, like the State of Rhode Island, is committed to helping to stop the spread of this pandemic within our jurisdiction by encouraging common sense measures like social distancing, frequent hand washing, limiting public events, and encouraging community members to stay at home if they are not feeling well; and;

*WHEREAS*, Many members of our community live paycheck to paycheck, cannot work from home, and lack adequate health insurance.

*NOW, THEREFORE, BE IT RESOLVED*, That the Providence City Council urges the State of Rhode Island to:

1. Take action to suspend evictions due to nonpayment of rent if inability to pay rent is due to loss-of-income related to reasonable precautions to avoid the spread of COVID-19.
2. Take action to suspend foreclosure proceedings for homeowners and landlords if inability to make timely mortgage payments is related to reasonable precautions to avoid the spread of COVID-19.
3. Mandate that Unemployment Insurance and Temporary Disability Insurance be considered acceptable sources of income for all residential rental agreements.
4. Mandate that all tax sale proceedings authorized by Rhode Island General Law §44-9 et. seq. be suspended until no earlier than July 15, 2020.

*BE IT FURTHER RESOLVED*, That a copy of this resolution be transmitted to the Honorable Governor of the State of Rhode Island, the Director of the Rhode Island Department of Health, the Director of the Rhode Island Department of Labor and Training, the Field Office Director of the Rhode Island Branch of the U.S. Department of Housing and Urban Development, the Honorable Speaker of the Rhode Island House of Representatives, the Honorable President of the Rhode Island Senate, all State Senators and State Representatives whose jurisdiction includes any part of the City of Providence, executive offices of National Grid, and executive offices of Providence Water.

**On Motion of COUNCILWOMAN RYAN, Seconded by COUNCILWOMAN HARRIS, it is voted to pass the Several Resolutions, by the following Roll Call Vote:**

Resolution Requesting the Director of Human Resources amend the Adverse Health Event Policy to include the City Clerk's Office and the City Council Office as essential departments within the city.

| | |
|---|---|
| **RESULT:** | **PASSED [8 TO 5]** |
| **MOVER:** | Councilwoman Ryan |
| **SECONDER:** | Councilwoman Harris |
| **AYES:** | Council President Matos Councilwoman Castillo, Councilman Correia, Councilwoman Harris, Councilmen Igliozzi, Narducci, Councilwoman Ryan and Councilman Taylor – 8. |
| **NAYES:** | Councilwoman Anthony, Councilman Espinal, Councilwomen Kerwin, LaFortune and Miller – 5. |
| **RECUSED:** | Councilman Salvatore – 1. |

Resolution Requesting the City Council to protect families and small businesses from economic hardship due to COVID-19 Preparedness.

| | |
|---|---|
| **RESULT:** | **PASSED [14 TO 0]** |
| **MOVER:** | Councilwoman Ryan |
| **SECONDER:** | Councilwoman Harris |
| **AYES:** | Council President Matos, Councilwomen Anthony, Castillo, Councilmen Correia, Espinal, Councilwoman Harris, Councilman Igliozzi, Councilwomen Kerwin, LaFortune, Miller, Councilman Narducci, Councilwoman Ryan, Councilmen Salvatore and Taylor – 14. |

**The Motion for Passage is Sustained.**